IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CHRISTOPHER DAVIS,

    Plaintiff,

v.

EFFINGHAM COUNTY; JIMMY MCDUFFIE; DANIEL HANDSHUMAKER; CHRISTOPHER CARY; and MATTHEW LOGAN,

    Defendants.

CIVIL ACTION NO.: 4:19-cv-28

## **O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's February 21, 2019 Report and Recommendation, (doc. 18), to which the parties have not filed any objections. Accordingly, Court **ADOPTS** as the opinion of the Court the Report and Recommendation that this matter be **REMANDED** to state court for all further proceedings. The Court further **DIRECTS** the Clerk of Court to **CLOSE** this case.

**SO ORDERED**, this 18th day of March, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA